|   |   |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | ANGELA M. HANSEN |
|   | Assistant Federal Public Defender |
| 3 | 555 - 12th Street, Suite 650 |
|   | Oakland, CA 94607-3627 |
| 4 | Telephone: (510) 637-3500 |
| 5 | Counsel for Defendant HEGLER |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08-00838 DLJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| vs. | ) | **ORDER TO CONTINUE SENTENCING** |
| | ) | **HEARING** |
| TERRENCE V. HEGLER | ) | |
| | ) | Sentencing Date: September 11, 2009 |
| Defendant. | ) | Requested Date: October 2, 2009 |
| | ) | |

It is hereby stipulated between counsel for Terrence Hegler, Angela M. Hansen, and Assistant United States Attorney Wade Rhyne, that the sentencing date of September 11, 2009 should be continued to October 2, 2009 at 10:00 a.m. The parties have conferred with United States Probation Officer Constance Cook who has been assigned to draft the Presentence Investigation Report in this case, and Ms. Cook is in agreement with this continuance.

The parties agree to this continuance because counsel for Mr. Hegler is unavailable on September 11, 2009 and the next convenient date for the parties is October 2, 2009. For this reason, the parties respectfully request this short three-week continuance.

July 31, 2009                                   /s/
                                                ANGELA M. HANSEN
                                                Assistant Federal Public Defender

1
2   July 31, 2009                         /s/
                                          WADE RHYNE
3                                         Assistant United States Attorney

4       I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
    within this efiled document.              /S/ ANGELA M. HANSEN
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stip to Continue Sent. Date, 08-00838 DLJ           2

1 **ORDER**

2  Based on the reasons provided in the stipulation of the parties above, the sentencing
3 hearing presently set for September 11, 2009 is hereby continued to October 2, 2009 at 10:00
4 a.m.
5  IT IS SO ORDERED.

7  July 31, 2009
  Date
  D. LOWELL JENSEN
8  Senior United States District Judge