1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant HEGLER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-00838 DLJ |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | Sentencing Date: October 2, 2009 |
| TERRENCE V. HEGLER | Requested Date: October 30, 2009 |
| Defendant. | |

It is hereby stipulated between counsel for Terrence Hegler, Angela M. Hansen, and Assistant United States Attorney Wade Rhyne, that the sentencing date of October 2, 2009 should be continued to October 30, 2009 at 10:00 a.m.

The parties agree to this continuance because the previous United States Probation Officer assigned to draft the Presentence Investigation Report is on medical leave. Probation reassigned Mr. Hegler's report to Officer Karen Mar. On Monday, August 24, 2009, Ms. Mar informed counsel that she will need additional time to complete the report. For this reason, the parties respectfully request that the Court continue Mr. Hegler's sentencing date to October 30, 2009.

August 25, 2009                                         /s/
                                                        ANGELA M. HANSEN
                                                        Assistant Federal Public Defender

August 25, 2009                                         /s/
                                                        WADE RHYNE
                                                        Assistant United States Attorney

  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.          /S/ ANGELA M. HANSEN

1

**ORDER**

2    Based on the reasons provided in the stipulation of the parties above, the sentencing

3 hearing presently set for October 2, 2009 is hereby continued to October 30, 2009 at 10:00 a.m.

4    IT IS SO ORDERED.

5

6    August 31, 2009
     Date                                             /s/ D. LOWELL JENSEN
7                                                     D. LOWELL JENSEN
                                                      Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26